UNITED STATES DISTRICT COURT MASSACHUSETTS

Dan Howitt,

                    Plaintiff,

v

Rachel Anderson,

                    Defendant.

NOTICE ABOUT 1:24CV13199MJJ

FILED
IN CLERKS OFFICE

2025 MAY 20  AM 11: 30

DISTRICT OF MASS.

I was going to file the following (1-3) as a motion for leave to file a Rule 60(b) motion for relief from judgment for 1:24CV13199MJJ, but since that case never proceeded, and since my below 1-3 might not suffice for relief, I decided to file the concurrently filed new case; however if the court would like, on the basis of the below 1-3, accept that new case as an amended complaint of 1:24CV13199MJJ, I would be willing to proceed that way. I also have amended my name to my family name and will do so for my other cases as well.

Submitted by,

Dan Howitz 5/16/26

1          I would first like to ask for leave to file a Rule 60(b) Motion For Relief From Judgment, concurrent with an amended complaint for consideration by the court, because of the time that has elapsed since the court's dismissal of 2/19/25. I completed my amended complaint of 6 pages, and am ready to file it with the above motion.

2          On 2/14/26, I postal mailed to the clerk's office what I am now postal mailing, and I have been waiting since then for notification from the court of my filings, because as I have found, often many months elapse before I am notified, and I have been worried that if I continue contacting by email and telephone various clerks, I will be found to be a burden on the court's time and effort, which some staff of the court have already commented on about me. I then found last week that no such filings were entered.

3          Due to mistake, and error, my prior complaint, as the judge demonstrates, consists of many mistakes of law, and a jurisdiction designation mistake:

          (a)          I would amend my civil cover sheet to state that this is a diversity jurisdiction case given that defendant's home address is in Colorado, namely 280 Fox Drive, Boulder, CO 80303; and defendant's temporary academic seasonal local address is 165A Putnam Avenue, Cambridge MA 02139;

          (b)          The USC statutes that I cite in my prior complaint are not relevant;

1

(c)         The core aspect of this case is defamation, which the court has jurisdiction over per  28 USC s1332.

(d)         As Rule 60(b)(2) provides, I have substantial new evidence that I previously did not have, nor could have had, and which demonstrate that the defamation caused severe multifaceted harm, which also is likely of at least a minimum of $75,000 in damages.

(e)         I will also argue, both via diversity jurisdiction, and via the following decisions, that defendant violated MGL c272 s98 in places of public accommodation as provided by MGL c272 s92A, namely that defendant's motivation for calculated repeated defamation is her severe gender discrimination against a man.

*Currier v National Board. of Medical Examiners*, 462 Mass. 1, 17 (2012)
*Folly-Notsron v 180 Broadway Liquor Inc.*, 1:22-CV-11983-WGY, 2023 WL 3958453, at 8 (D. Mass. Apr. 27, 2023)
*Brooks v Martha's Vineyard Transit Authority.* 433 F. Supp. 3d 65, 70 (D. Mass. 2020)

Defendant has made public statements about her involvement in many realms of society, and in different states and countries, in "gender equality" activism, "gender advocacy", etc; and her activism is critical of men in many aspects of the military (during her time at the US Military Academy), education, business, law, ethics, etc.  She has also stated that she would like a career that is devoted to this.

(f)         Defendant is a law student and business student at Harvard, and as such, perhaps more than most people, should know that her anti-male motivated extreme defamation is an act of extreme gender inequality misconduct, and would cause severe harm to the object of her anti-male hatred.  Instead, she was motivated by that hatred to undergo two stages of calculated defamatory harm, via indisputable libel/slander, for her enjoyment.  She cannot be left to abscond with this, including for the protection of men in the present and future.

(g)         For judicial economy. I am requesting this leave of court so that I would not have to file another case.